**Order entered July 11, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00356-CV**

**IN THE INTEREST OF M.M.J., A CHILD**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54891-2019**

### ORDER

Before the Court are the following four motions filed by appellant on July 6, 2022: (1) Motion to File Appendixes Separately; (2) Motion for Void Judgment and Disqualification of Judge Piper McCraw; (3) Motion to Offer Evidence Not Included in Trial Court; and (4) Motion to Offer Audio and Video Recorded Evidence. A motion to recuse or disqualify a trial judge must be filed in the trial court. *See* TEX. R. CIV. P. 18a(a). The docket sheet reflects that appellant filed a motion to disqualify Judge McCraw and that said motion was denied by order signed on August 25, 2021. This order may be reviewed by mandamus and may be appealed in accordance with other law. *See id.* 18a(j)(2). Because the order is not

reviewable by motion, we **DENY** the motion for void judgment and disqualification of Judge McCraw. The appendixes appellant seeks to file separately and did file on July 7, 2022 relate to her motion for void judgment and disqualification of Judge McCraw which we have denied. For this reason, we **DENY** this motion and **STRIKE** the thirteen appendixes that have been filed.

In her final two motions, appellant seeks to offer evidence that was not presented to the trial court. Because this Court's review is limited to the record before the trial court, we **DENY** the motions. *See Perry Homes v. Cull*, 258 S.W.3d 580, 596 n.89 (Tex. 2008).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE